

FILED

JUL 17 2018

DAVID CREWS, CLERK
BY_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**

**CEDRIC GORDON**

**CASE NO. 3:18-CR-** 082
**21 U.S.C. 841(a)(1)**
**18 U.S.C. 922(g)(1) and 924 (a)(2)**
**18 U.S.C. 924(c)(1)(A)**

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 9, 2017, in the Northern District of Mississippi, the defendant, CEDRIC GORDON, did unlawfully, knowingly and intentionally possess with the intent to distribute the following: a mixture and substance containing methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

On or about September 9, 2017, in the Northern District of Mississippi, CEDRIC GORDON, defendant herein, having been previously convicted of a felony offense, that is a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, namely: a Glock .40 caliber pistol, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about September 9, 2017, in the Northern District of Mississippi, CEDRIC GORDON, defendant herein, did knowingly and intentionally use and carry a firearm, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in Count One of this Indictment, for which the defendant may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

**WILLIAM C. LAMAR**
**UNITED STATES ATTORNEY**

/s/ *signature redacted*
**FOREPERSON**